IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              RESPONDENT

V.                                          CASE NO. 4:11-CR-40009
                                            CASE NO. 4:13-CV-4003

DANIEL MILLER                                                                             MOVANT

## ORDER

Before the Court is Movant Daniel Miller's Motion to Dismiss Indictment for Government Misconduct in Securing Said Indictment. ECF No. 139. Movant bases the present motion on his belief that he was given immunity from prosecution by law enforcement. The Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, examined this issue in detail in his Report and Recommendation filed April 25, 2015. ECF No. 132. Judge Bryant concluded that Movant's argument regarding immunity from prosecution is without merit. This Court subsequently entered an Order adopting Judge Bryant's Report and Recommendation *in toto*, ECF No. 153. On October 26, 2015, Movant filed a *pro se* Notice of Appeal with this Court. ECF No. 154. Subsequently, the United States Court of Appeals for the Eighth Circuit denied Movant's application for a Certificate of Appealability and dismissed Movant's appeal on April 4, 2016. ECF No. 162. Therefore, Movant's motion is moot.

For the reasons stated above, Movant's Motion to Dismiss Indictment for Government Misconduct in Securing Said Indictment (ECF No. 139) is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 26th day of October, 2016.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge