IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              RESPONDENT

V.                                    CASE NO. 4:11-CR-40009
                                      CASE NO. 4:13-CV-4003

DANIEL MILLER                                                              MOVANT

## ORDER

Before the Court is Movant Daniel Miller's Motion to Make Lawyer's File Available. ECF No. 58. At the time Movant made the present motion he was represented by Craig L. Henry. This Court does not maintain a copy of Mr. Henry's files and, therefore, Movant must make a request to Mr. Henry for his file.

For the reasons stated above, Movant's Motion to Make Lawyer's File Available is **DENIED**.

**IT IS SO ORDERED**, this 26th day of October, 2016.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge